IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**DANIEL BORJAS,**<br><br>Defendant | NO. 5: 07-CR-31 (CAR)<br><br>**VIOLATION:** Illegal Re-entry |

# ORDER OF DETENTION PENDING TRIAL

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), consideration was this day made of the government's request for the pretrial detention of defendant DANIEL BORJAS. Based upon the information proffered to the court by the parties and set forth in the Pretrial Services Report provided by the U. S. Probation Office, I conclude that the following facts require the detention of the above-named defendant pending trial in this case. **Counsel for the defendant expressly reserves the right to reopen these proceedings in the event he discovers additional information not currently known.**

## PART I - FINDINGS OF FACT

There is a serious risk that this defendant will not appear for further proceedings should he be released from custody at this time. He is a citizen of Mexico and is in this country illegally. He has previously re-entered the United States illegally on three other occasions. A detainer has been placed on him by Immigration and Customs Enforcement officials.

## PART II - WRITTEN STATEMENT OF REASONS FOR DETENTION

Applying the factors set forth in 18 U.S.C. §3142(g), I find that the information provided by the U.S. Probation Office and proffered by the government establishes by clear and convincing evidence that no condition or combination of conditions set forth in 18 U.S.C. §3142(c) will reasonably assure the appearance of defendant DANIEL BORJAS if he were to be released from custody at this time. The charge against this defendant is a serious one for which long-term incarceration can be expected in the event of a conviction or plea of guilty. His estimated guideline sentencing range is 41 months to 51 months. He has a serious record of prior convictions which includes BURGLARY (Texas -1997) AGGRAVATED ASSAULT (Texas - 2001), and AGGRAVATED ASSAULT (Georgia - 2005). His status as an illegal alien coupled with the threat of long-term imprisonment mandate pretrial detention.

## PART III - DIRECTIONS REGARDING DETENTION

The defendant is hereby committed to the custody of the Attorney General of the United States or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SO ORDERED, this 4th day of JUNE, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE